IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MICHAEL PETERSON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil No. **03-220-JLF** |
| ) | |
| **OFFICER REINHARDT, et al.,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's motion for "status" and "guidance." **(Doc. 24).**

**IT IS HEREBY ORDERED** that plaintiff's motion **(Doc. 24)** is **GRANTED IN PART AND DENIED IN PART**. The Clerk of Court shall provide plaintiff with a docket report, along with a copy of this order. The Court cannot offer plaintiff "guidance;" the Court must remain a neutral arbiter.

**IT IS SO ORDERED.**

**DATE: August 8, 2005**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**
