IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MICHAEL PETERSON,** | ) |
| Plaintiff, | ) ) ) |
| V. | )  Civil No. **03-220-JLF** |
| **OFFICER REINHARDT, et al.,** | ) ) ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's motion asking the Court to "intervene" in an apparent dispute between plaintiff and prison officials regarding what papers plaintiff may possess in prison. **(Doc. 28).** Plaintiff intimates that the warden is interfering with his First Amendment right to access the courts in connection the above-captioned case. Such a claim is fodder for another lawsuit and not within the parameters of the case at bar– the warden is not a defendant in this action.

**IT IS THEREFORE ORDERED** that plaintiff's motion **(Doc. 28)** is **DENIED**.

**IT IS SO ORDERED.**

**DATE: August 8, 2005**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**

1