IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MICHAEL PETERSON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Civil No. **03-220-JLF** |
| | ) |
| **OFFICER REINHARDT, et al.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court are two motions to compel the defendants to respond to discovery requests in a timely manner. **(Docs. 40 and 42).** Plaintiff attaches interrogatories and requests for production that were presumably not responded to in a timely manner. Plaintiff also moves for an extension of time to complete discovery, to compensate for time lost due to the defendants' delayed discovery responses. **(Doc. 43).**

Defendants contend plaintiff did not attempt to resolve this matter amicably, without Court intervention, as required by Local Rule 26.1(d). Defendants also indicate that they have now fully responded to plaintiff's discovery requests. Defendants also request an extension of time to complete discovery. **(Docs. 41 and 46).**

Defendants' discovery responses were clearly tardy, but as of this date it appears that the discovery requests at issue have been responded to. Therefore, plaintiff's motions to compel are moot. Plaintiff's objections to some of the responses will be taken up by separate order.

Insofar as all parties appear to need additional time to complete discovery, plaintiff's motion for an extension of the discovery period will be granted to allow the parties to wrap up

1

any loose ends.

**IT IS THEREFORE ORDERED** that plaintiff's two motions to compel **(Docs. 40 and 42) are DENIED AS MOOT.**

**IT IS FURTHER ORDERED** that plaintiff's motion for an extension of the trial practice and discovery schedule controlling this case **(Doc. 43)** is **GRANTED**.

1.     All discovery shall be completed by **June 30, 2006**.

2.     All dispositive motions shall be filed on or before **July 14, 2006**.

**IT IS SO ORDERED**.

**DATED: May 12, 2006**                      s/ Clifford J. Proud
                                                       **CLIFFORD J. PROUD**
                                                       **U. S. MAGISTRATE JUDGE**